# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**OLAJIDE OLORUNFEMI,**
**ALIEN # A93-075-358,**

      Petitioner,

vs.                     Case No. 4:07cv215-RH/WCS

**ALBERTO GONZALES, et al.,**

      Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

This case was initiated on May 17, 2007, doc. 1, with the filing of a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserted he was a native of Nigeria and had been in the United States since August 11, 1989. Doc. 1. He also alleged that he had been held in detention for over a year, that Respondents were "unable to deport him," and would not be able to do so in the foreseeable future. *Id.* Petitioner sought release pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

The petition was served and Respondents have filed a motion to dismiss. Doc. 8. Respondents assert that Petitioner "was removed from the United States to Nigeria on August 14, 2007, and, thus, this case is moot." Doc. 8, p. 1.

Because Petitioner has essentially been afforded the relief he sought, release from custody, this § 2241 petition should now be dismissed as moot.

The motion to dismiss, doc. 8, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address," the Wakulla County Jail. Presumably, mail will not be forwarded to Petitioner since he has been released. Nevertheless, as no other address has been provided for Petitioner, and because that is his address of record, the Clerk of Court shall mail a copy of this report and recommendation to Petitioner at that location.

## ORDER

It is **ORDERED** that the Clerk of Court shall mail a copy of this report and recommendation to Petitioner at his address of record.

## REPORT AND RECOMMENDATION

In light of the uncontested assertion by Respondents, it is respectfully **RECOMMENDED** that the § 2241 petition filed by **OLAJIDE NAJEEM OLORUNFEMI** be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on September 5, 2007.

      s/     William C. Sherrill, Jr.
      **WILLIAM C. SHERRILL, JR.**
      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.