IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OLAJIDE OLORUNFEMI,

    Petitioner,

v.                                         CASE NO. 4:07cv215-RH/WCS

ALBERTO GONZALES, et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 9), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is dismissed as moot." The clerk shall close the file.

    SO ORDERED this 12th day of September, 2007.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge